In the Matter of KENNETH PICCOLI, Appellant, v CORRINE PICCOLI, Respondent. [748 NYS2d 126] —Appeal from an order of Family Court, Monroe County (Kohout, J.), entered February 16, 2000, which denied petitioner's objections to the order of the Hearing Examiner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Family Court, Monroe County, Kohout, J. Present—Pigott, Jr., P.J., Green, Hayes, Kehoe and Gorski, JJ.